THOMAS E. MOSS
UNITED STATES ATTORNEY
GEORGE W. BREITSAMETER
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 82712-9903
(208) 334-1211

UNITED STATES COURT
DISTRICT OF IDAHO

9 2009

M. REC'D
LODGED _____ FILED

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL J. HYMAS and
SHAUNTEE K. FERGUSON,

Defendants.

)
)
)
)
)
)
)
)
)
)
)

CR 09-0286-S BLW

**INDICTMENT**

18 U.S.C. §§ 1343 and 1344

THE GRAND JURY CHARGES:

## COUNTS ONE - FOUR

### Bank Fraud
### 18 U.S.C. § 1344

A.   Introduction

At all times material to this Indictment:

INDICTMENT - 1

1.      That MICHAEL J. HYMAS, hereinafter referred to as "HYMAS," was an insurance agent located in Meridian, Idaho, and a silent partner with Stanley J. Ferguson and SHAUNTEE K. FERGUSON in the buying and selling of real estate, or "flipping" of real estate, in order to realize profits from the sale of personal residences and other investment properties.

2.      That HYMAS filed a bankruptcy petition in 2002 in the District of Idaho (Case No.02-1099-TLM). As a result of said bankruptcy, HYMAS had difficulty obtaining credit from financial institutions and mortgage lenders. Initially, HYMAS attempted to recruit T.H. to be a partner with him in the flipping of real estate. T.H. declined to participate in the flipping of real estate.

3.      That Stanley J. Ferguson and SHAUNTEE K. FERGUSON were partners recruited by HYMAS to "flip" residential real estate by obtaining real estate through fraudulent circumstances.

4.      First Horizon Home Loans, a division of First Tennessee Bank, and Centennial Bank are financial institutions as defined by Section 20 of Title 18, United States Code.

5.      That America Wholesale Lender; Academy Mortgage Corporation; New Century Mortgage Corporation; Countrywide Home Loans; American Home Mortgage Acceptance, Inc., Taylor, Bean & Whitaker Mortgage Corporation; and Silver State Financial Service, dba Silver State Mortgage, are mortgage lenders.

B.      Scheme and Artifice to Defraud

6.      That from on or about July 2004, continuing to on or about November 2006, in the District of Idaho, the defendants, MICHAEL J. HYMAS and SHAUNTEE K. FERGUSON, devised and intended to devise a scheme and artifice to defraud as to material matters and to obtain money and property by means of material false and fraudulent pretenses, representations and promises from

*INDICTMENT - 2*

the financial institutions, alleged in paragraph four (4), and the mortgage lenders, alleged in paragraph five (5).

7.      It was part of the scheme that HYMAS, Stanley J. Ferguson and SHAUNTEE K. FERGUSON submitted materially false and fraudulent loan applications to financial institutions and mortgage lenders to ensure that the fraudulent residential loans for the benefit of the partnership would be approved and funded.

8.      It was further part of the scheme that HYMAS, Stanley J. Ferguson and SHAUNTEE K. FERGUSON falsely and fraudulently inflated the monthly personal income and rental income of Stanley J. Ferguson and SHAUNTEE K. FERGUSON to support the funding of said fraudulent residential loans.

9.      It was further part of the scheme that HYMAS executed a false and fraudulent lease agreement that was submitted to obtain funding for a fraudulent residential loan.

10.     It was further part of the scheme that HYMAS, Stanley J. Ferguson and SHAUNTEE K. FERGUSON falsely and fraudulently represented on certain loan applications that the residence would be used by them as a "primary residence" when, in truth and in fact, they had no intent to occupy said residence and it was solely for investment purposes by the partnership.

11.     It was further part of the scheme that HYMAS provided materially false information to mortgage lenders by then and there falsely representing in correspondence that SHAUNTEE K. FERGUSON was employed by HYMAS' business when, in truth and in fact, she was not so employed.

12.     It was further part of the scheme that HYMAS instructed S.H., an employee of his, to falsely represent to mortgage lenders that SHAUNTEE K. FERGUSON was employed by HYMAS' business when, in truth and in fact, she was not so employed.

*INDICTMENT - 3*

13.     It was further part of the scheme that HYMAS and A.H. provided a bank account and a source of funding so Stanley J. Ferguson and SHAUNTEE K. FERGUSON could make false and fraudulent misrepresentations to financial institutions and mortgage lenders through verification of deposits.

14.     It was further part of the scheme that false and fraudulent loan applications were submitted to financial institutions and mortgage lenders wherein Stanley J. Ferguson and SHAUNTEE K. FERGUSON  appeared to have sufficient credit worthiness to support said loans when, in truth and in fact, they did not have the financial ability to repay the monies owed on said loans.

15.     It was further part of the scheme that HYMAS, Stanley J. Ferguson and SHAUNTEE K. FERGUSON submitted said fraudulent information to certain loan brokers who they knew would not question the validity of said fraudulent documentation and, in certain instances, would assist them in providing said fraudulent information.

16.     It was further part of the scheme that HYMAS, Stanley J. Ferguson and SHAUNTEE K. FERGUSON caused said financial institutions and mortgage lenders to fund approximately twenty-one (21) fraudulent loans, for a total approximate value of $7.59 million dollars. As a result of said fraudulent residential loan scheme, said financial institutions and mortgage lenders incurred losses in excess of approximately $2 million dollars.

C.     Execution of the Scheme

17.     On or about the dates set forth below in the District of Idaho, the defendants, HYMAS and SHAUNTEE K. FERGUSON, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly execute the scheme to defraud as to material matters, and to obtain moneys and property owned by and/or under the custody of and/or control of said financial

*INDICTMENT - 4*

control of said financial institutions and mortgage lenders, by means of material false and fraudulent pretenses, representations and promises, on the loans described below, by funding the following loans in the following manner and means stated below (the funding of said loans to be the execution of said scheme):

| Count | Date | Lender | Amount of Loan | Borrower |
|---|---|---|---|---|
| Five | 11/19/2004 | New Century Mortgage Corp. transferred to Litton Loan Servicing | $337,250 | Shauntee Ferguson |
| Six | 12/3/2004 | Countrywide Home Loans | $281,600 | Shauntee K. Ferguson |
| Seven | 11/14/2005 | Countrywide Home Loans | $200,000 | Stanley Ferguson |
| Eight | 12/27/2005 | American Home Mortgage | $322,000 | Stanley J. Ferguson |
| Nine | 12/27/2005 | American Home Mortgage | $92,000 | Stanley J. Ferguson |
| Ten | 6/29/2006 | American Home Mortgage | $1,499,999 | Stanley J. Ferguson |
| Eleven | 8/11/2006 | Taylor, Bean & Whitaker Mortgage Corp. | $380,000 | Stanley J. Ferguson and Shauntee Ferguson |
| Twelve | 8/11/2006 | Taylor, Bean & Whitaker Mortgage Corp. | $47,500 | Stanley J. Ferguson and Shauntee Ferguson |
| Thirteen | 8/11/2006 | Taylor, Bean & Whitaker Mortgage Corp. | $308,000 | Stanley J. Ferguson and Shauntee Ferguson |
| Fourteen | 8/11/2006 | Taylor, Bean & Whitaker Mortgage Corp. | $38,500 | Stanley J. Ferguson and Shauntee Ferguson |
| Fifteen | 8/25/2006 | American Home Mortgage | $1,499,999 | Shauntee K. Ferguson |
| Sixteen | 10/25/2006 | American Home Mortgage | $176,800 | Shauntee K. Ferguson |
| Seventeen | 10/25/2006 | American Home Mortgage transferred to GMAC Mortgage Corp. | $ 33,150 | Shauntee K. Ferguson |
| Eighteen | 10/25/2006 | American Home Mortgage | $174,400 | Shauntee K. Ferguson |
| Nineteen | 10/25/2006 | American Home Mortgage to GMAC Mortgage Corp. transferred to Saxon Mortgage | $32,700 | Shauntee K. Ferguson |

institutions and mortgage lenders, by means of material false and fraudulent pretenses, representations and promises, on the loans described below, by funding the following loans in the following manner and means stated below (the funding of said loans to be the execution of said scheme):

| Count | Date | Lender | Amount of Loan | Borrower |
|-------|------|--------|----------------|----------|
| One | 7/16/2004 | First Horizon Home Loans, a division of Tennessee Bank | $410,000 | Stanley Ferguson |
| Two | 3/21/2006 | Centennial Bank | $915,000 | Stanley J. Ferguson |
| Three | 11/16/2005 | First Horizon Home Loans, a Division of First Tennessee Bank | $520,000 | Shauntee Ferguson |
| Four | 11/16/2005 | First Horizon Home Loans, a Division of First Tennessee Bank | $65,000 | Shauntee Ferguson |
| | | | | |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS FIVE - TWENTY-ONE

### Wire Fraud
### 18 U.S.C. § 1343

18.     That Paragraphs 1-17, as alleged above, are incorporated herein as if fully alleged herein.

19.     On or about the dates set forth below in the District of Idaho, the defendants, MICHAEL J. HYMAS and SHAUNTEE K. FERGUSON, for the purpose of executing and attempting to execute the scheme and artifice, did knowingly execute the scheme to defraud as to material matters, and to obtain moneys and property owned by and/or under the custody and/or

| Twenty | 11/28/2006 | Silver State Financial Service, dba Silver State Mortgage (closed in 2007, warehouse bank is Washington Mutual) | $258,400 | Stanley J. Ferguson |
|---|---|---|---|---|
| Twenty-one | 11/28/2006 | Silver State Financial Service, dba Silver State Mortgage, transferred to JP Morgan Chase Bank, NA, formerly Washington Mutual Home Loans | $64,500 | Stanley J. Ferguson |
|  |  |  |  |  |

All in violation of Title 18, United States Code, Section 1343.

DATED this _9th_ day of December, 2009.

A TRUE BILL

_____
Foreperson  (Signed on Reverse)

THOMAS E. MOSS
United States Attorney

_____
George W. Breitsameter
Assistant United States Attorney

_INDICTMENT - 7_